# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE BOOTH FAMILY TRUST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-CV-10209-AK |
| MICHEL VOUNATSOS et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER OF ADMINISTRATIVE STAY/CLOSING

**A. KELLEY, D.J.**

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *Oklahoma Firefighters Pension & Retirement System v. Biogen, Inc.* matter, Case No. 22-cv-10200-WGY.

Dated: May 14, 2024

By the Court,

/s/ Miguel Lara
Deputy Clerk